**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------x
RUTH T. ANTONELLI,                                     :
                                                       :
                              Plaintiff,               :     No. 19-CV-5986 (OTW)
                                                       :
              -against-                                :     ORDER
                                                       :
COMMISSIONER OF SOCIAL SECURITY,                       :
                                                       :
                              Defendant.               :
                                                       :
-------------------------------------------------------x
```

**ONA T. WANG, United States Magistrate Judge:**

The Court is in receipt of courtesy copies of Plaintiff's reply brief. It appears, however, that Plaintiff failed to file the brief on the docket. Plaintiff shall file her reply by **February 11, 2020** or else the Court will not consider the reply brief.

**SO ORDERED.**

|  |  |
|---|---|
| Dated: February 4, 2020 | _s/ Ona T. Wang_ |
| New York, New York | **Ona T. Wang** |
|  | United States Magistrate Judge |