**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
:
RUTH T. ANTONELLI,
:
:
                 Plaintiff,     :              No. 19-CV-5986 (OTW)
:
        -against-     :              **ORDER**
:
COMMISSIONER OF SOCIAL SECURITY,
:
                Defendant.
:
------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

By **November 20, 2020**, parties are directed to submit a joint letter regarding the impact that the United States Supreme Court's pending review of *Carr v. Saul*, No. 19-1442, and *Davis v. Saul*, No. 20-105, will have on the Appointments Clause argument in the instant action.

**SO ORDERED.**

                                                              *s/ Ona T. Wang*

Dated: November 12, 2020                              **Ona T. Wang**
       New York, New York                    United States Magistrate Judge